| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Schreier, Karen E. | 2. Court or Organization U.S. District Court, South Dakota | 3. Date of Report 05/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States District Court
400 S. Phillips Avenue, Rm. 233
Sioux Falls, SD 57104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Board of Directors | South Dakota Children's Home Society |
| 2. | Member Board of Directors | Federal Judges Association |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 3-4, 2014 | Washington, DC | Board of Directors Meeting | hotel and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 2. | T. ROWE PRICE EQUITY INCOME FUND | C | Dividend | L | T | | | | | * |
| 3. | T. ROWE PRICE GROWTH STOCK FUND | D | Distribution | L | T | | | | | |
| 4. | T. ROWE PRICE NEW HORIZONS FUND | E | Distribution | M | T | | | | | |
| 5. | T. ROWE PRICE SCIENCE AND TECHNOLOGY FUND | D | Distribution | L | T | | | | | |
| 6. | T. ROWE PRICE VALUE FUND | D | Dividend | L | T | | | | | * |
| 7. | IRA #1 RBC WEALTH MANAGEMENT (H) | | | | | | | | | |
| 8. | PRIME MONEY MARKET FUND (cash account) | A | Interest | J | T | | | | | |
| 9. | PACIFIC LIFE FDS OPTIMIZATION MODERATE CLASS C FUND | B | Dividend | M | T | Buy (add'l) | 01/29/14 | J | | |
| 10. | PIMCO FDs SENIOR FLOATING RATE FD CL C MUTUAL FUND | A | Dividend | K | T | | | | | |
| 11. | TRANSAMERICA ASSET ALLOCATION GROWTH PORTFOLIO CLASS C MUTUAL FUND | A | Dividend | J | T | Buy | 08/13/14 | J | | |
| 12. | NEW YORK LIFE INSURANCE CO. - ANNUITY | B | Interest | K | T | | | | | |
| 13. | NEW YORK LIFE UNIVERSAL LIFE POLICY | B | Dividend | K | T | | | | | |
| 14. | LINCOLN FINANCIAL GROUP UNIVERSAL LIFE INS. POLICY | A | Interest | J | T | | | | | |
| 15. | JEFFERSON NATIONAL UNIVERSAL LIFE INS. POLICY | A | Interest | J | T | | | | | |
| 16. | METLIFE INS. CO. LIFE INS. POLICY | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. COMMUNITY HEALTH LTD. (2/3 UNIT) | D | Distribution | | | Sold | 12/31/14 | K | | |
| 18. HOME FEDERAL BANK ACCOUNT | A | Interest | J | T | | | | | |
| 19. FIRST DAKOTA TITLE INS. LTD. PTR. (1 UNIT) | | None | N | U | | | | | |
| 20. BROKERAGE ACCOUNT #2 RBC WEALTH MGT (H) | | | | | | | | | |
| 21. PRIME MONEY MKT FUND (cash account) | A | Interest | M | T | | | | | |
| 22. ALPS ETF TR ALERIAN MLP FUND | B | Dividend | K | T | | | | | |
| 23. ALTRIA GROUP INC. COMMON | B | Dividend | K | T | | | | | |
| 24. BERKSHIRE HATHAWAY CL B COMMON | | None | L | T | | | | | |
| 25. BP PLC SPONSORED ADR (FRM BP AMOCO PLC) | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 26. CHEVRON CORP COMMON | A | Dividend | J | T | Buy | 11/06/14 | J | | |
| 27. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 28. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 29. CITIGROUP INC. COMMON | A | Dividend | J | T | | | | | |
| 30. COCA-COLA COMPANY COMMON | A | Dividend | K | T | | | | | |
| 31. COLGATE-PALMOLIVE COMPANY COMMON | A | Dividend | J | T | | | | | |
| 32. CONAGRA COMMON | | None | J | T | Buy | 08/12/14 | J | | |
| 33. DEERE & CO.-COMMON | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. EMC CORP. MASS COMMON | A | Dividend | J | T | | | | | |
| 35. EXXON MOBIL CORP COMMON | | None | J | T | Buy | 11/06/14 | J | | |
| 36. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 37. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 38. GENERAL ELECTRIC COMPANY COMMON | A | Dividend | J | T | | | | | |
| 39. HOME DEPOT INC. COMMON | A | Dividend | K | T | | | | | |
| 40. INTEL CORPORATION COMMON | A | Dividend | J | T | | | | | |
| 41. KRAFT FOODS GROUP INC CL A COMMON | A | Dividend | J | T | | | | | |
| 42. MARKET VECTORS ETF BANK & BROKERAGE -ETF FUND | A | Dividend | | | Sold | 12/23/14 | J | C | |
| 43. MEDTRONIC INC. COMMON | A | Dividend | K | T | | | | | |
| 44. MERCK & CO. INC. COMMON | A | Dividend | J | T | | | | | |
| 45. MICROSOFT CORP COMMON | A | Dividend | K | T | | | | | |
| 46. MONDELEZ INT. INC.-COMMON | A | Dividend | K | T | | | | | |
| 47. PEPSICO INCORPORATED COMMON | A | Dividend | K | T | | | | | |
| 48. PFIZER INC. COMMON | A | Dividend | J | T | | | | | |
| 49. PHILIP MORRIS INTL INC. COMMON | B | Dividend | L | T | | | | | |
| 50. PROCTOR & GAMBLE CO. COMMON | A | Dividend | J | T | Buy (add'l) | 08/12/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. TARGET CORP COMMON | A | Dividend | J | T | Buy | 08/12/14 | J | | |
| 52. UIT FIRST TRUST ENERGY PORT. SER. 43-COMMON | A | Dividend | | | Sold | 04/21/14 | K | | |
| 53. UIT FIRST TRUST ENERGY SELECT PORT. SER. 47-COMMON | B | Dividend | K | T | | | | | * |
| 54. US BANCORP DEL- COMMON | A | Dividend | J | T | | | | | |
| 55. 3M COMPANY COMMON | | None | K | T | | | | | |
| 56. VAN ECK FUNDS GLOBAL HARD ASSETS FUND CL C | A | Dividend | J | T | | | | | |
| 57. WALGREENS BOOT ALLIANCE INC | A | Dividend | J | T | | | | | |
| 58. BP PLC SPONS ADR COMMON | | None | J | T | | | | | |
| 59. AMERICAN FUNDS EURO PACIFIC GROWTH FD CL A | | None | L | T | | | | | |
| 60. OPPENHEIMER DEVELOPING MKTS FUND-CL C | A | Distribution | K | T | | | | | |
| 61. ROYAL DUTCH SHELL PLC COMMON | A | Dividend | J | T | Buy (add'l) | 11/06/14 | J | | |
| 62. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 63. THORNBURG INVT TR INTL VALUE FD CLC MUTUAL FUND | A | Dividend | J | T | | | | | * |
| 64. THORNBURG INVT TR DEVELOPING WORLD FD CL C MUTUAL FUND | | None | K | T | | | | | |
| 65. UIT FIRST TRUST EUROPEAN DEEP VALUE SUB 10 DIVID SEC 7 MUTUAL FUND | A | Dividend | K | T | | | | | |
| 66. UIT FIRST TRUST INTL CAP STRENGTH PORT SER 16 MUTUAL FUND | B | Dividend | K | T | | | | | * |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 67. ALLIANCE BERNSTEIN GLOBAL BOND FUND INC CL A | A | Dividend | K | T | | | | | * |
| 68. EATON VANCE MUTUAL FUNDS TRUST EMERGING MARKETS | B | Int./Div. | K | T | | | | | |
| 69. PIMCO FDS HI YLD CL C | B | Dividend | K | T | | | | | |
| 70. TEMPLETON GLOBAL BOND FUND-CL C | B | Distribution | K | T | | | | | |
| 71. BANK OFAMERICA CHARLOTTE NA CD | A | Interest | J | T | | | | | |
| 72. EATON VANCE NAT. MUN. OPPORTUNITIES TR | | None | J | T | | | | | |
| 73. NUVEEN FLAGSHIP ALL-AMERICAN MUNICIPAL BOND FUND CL A | | None | K | T | | | | | |
| 74. THORNBURG LTD TERM MUNICIPAL FUND CL A | | None | K | T | | | | | |
| 75. MARICOPA CO. IDA SFM ETM AZ BOND | | None | | | Sold | 12/31/14 | J | | |
| 76. DESCHUTES & JEFFERSON CNTYS OR SD #02J | | None | K | T | | | | | |
| 77. YUBA CITY CAL. UNI. SCHOOL DIST. BOND | | None | J | T | | | | | |
| 78. CHELAN CNTY WA PUD #1 COLUMBIA ELEC. & PUB POWER BOND | | None | K | T | | | | | |
| 79. FRANKLIN-MCKINLEY CAL. SCHOOL BOND | | None | J | T | | | | | |
| 80. ALLEN TX INDPT. SCHOOL DIST. BOND | | None | K | T | | | | | |
| 81. PENN. ST. TPK COMMON TPK TOLL ROADS BOND | | None | K | T | | | | | |
| 82. METROPOLITAN WASH. DC ARPT. DULLES TOLL ROAD BOND | | None | K | T | | | | | |
| 83. PIMCO ALL ASSET AUTH CL C FUND | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. PIMCO FDS PAC INVT MGMT SER REAL ESTATE RET STR CL C | D | Dividend | K | T | | | | | |
| 85. LINCOLN NATL LIFE AMER. ANNUITY | A | Interest | K | T | | | | | |
| 86. IRA ACCOUNT #2 RBC WEALTH MANAGEMENT (H) | | | | | | | | | |
| 87. FEDERATED MONEY MKT FD (cash account) | A | Interest | J | T | | | | | |
| 88. ARTISAN FUNDS INC MID CAP FUND | B | Dividend | J | T | Buy | 08/12/14 | J | | * |
| 89. HOTCHKIS & WILEY FUNDS SMALL CAP VALUE FUND CL I | B | Dividend | J | T | Buy | 08/12/14 | J | | * |
| 90. ISHARES TR RUSSELL MIDCAP ETF | A | Dividend | K | T | | | | | |
| 91. VANGUARD ADMIRAL FUNDS INC. S&P 500 GROWTH INDEX FUND | A | Dividend | K | T | Buy (add'l) | 11/04/14 | J | | |
| 92. VANGUARD ADMIRAL FDS. INC.S&P 500 VALUE INDEX | A | Dividend | K | T | Buy (add'l) | 11/04/14 | J | | |
| 93. VANGUARD FTSE EMERGING MARKETS ETF FTSE EMERGING INDEX | A | Dividend | J | T | | | | | |
| 94. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Dividend | K | T | | | | | |
| 95. EATON VANCE EMERGING MKTS LOCAL INCOME FUND CL I | B | Dividend | J | T | | | | | |
| 96. EATON VANCE INCOME FUND BOSTON INC INST CL | A | Dividend | J | T | | | | | |
| 97. EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FUND CL I | A | Dividend | J | T | | | | | |
| 98. EATON VANCE MUT FDS TR FLTG RATE FD CL A | A | Dividend | | | Sold | 11/04/14 | J | A | |
| 99. FT TEMPLETON GLOBAL BOND A | A | Dividend | J | T | | | | | * |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 100. | FRANKLIN INVS. SER. TR REAL RETURN FD ADVISOR CL | A | Dividend | J | T | | | | | |
| 101. | NEUBERGER BERMAN INC. FDS NEW HIGH INCOME BD FD. INV CL | A | Dividend | J | T | | | | | |
| 102. | FINANCING CORP - FED CPN FICO STRIPS SERIES E BOND | A | Interest | K | T | | | | | |
| 103. | US TREAS. SEC. STRPD. BOND | | None | K | T | | | | | |
| 104. | FED. HOME LOAN MTG. CORP. CMO SERIES 21 21-Z | A | Interest | J | T | | | | | |
| 105. | PIMCO ALL ASSET ALL AUTHORITY MUTUAL FUND | A | Dividend | J | T | | | | | |
| 106. | BROKERAGE ACCOUNT #3 RBC WEALTH MANAGEMENT (H) | | | | | | | | | |
| 107. | GALENA PARK TEX INDPT. SCH BOND | | None | K | T | | | | | |
| 108. | CLACKAMAS & WASHINGTON CNTYS EDUCATION BOND | | None | K | T | | | | | |
| 109. | SOUTHERN MINNESOTA MUNI PWR BOND | | None | K | T | | | | | |
| 110. | PENN ST TPK COMMN TPK TOLL ROADS BOND | | None | K | T | | | | | |
| 111. | PRIME MONEY MARKET FUND (cash account) (Y) | | | | | | | | | |
| 112. | FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT (Y) | | | | | | | | | |
| 113. | DOUGHERTY & DOUGHERTY LLP | C | Interest | N | U | | | | | |
| 114. | DISCOVER BANK ACCOUNT | C | Interest | N | T | | | | | |
| 115. | BENEFICIARY SEP IRA #1 RBC WEALTH MGT (H) | | | | | | | | | |
| 116. | FEDERATED MONEY MARKET (cash account) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 117. ALPS ETF TR ALERIAN MLP | B | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 118. ISHARES RUSSELL MID CAP ETF | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 119. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 120. OAKTREE CAP GROUP LLC | | None | J | T | Buy (add'l) | 01/15/14 | J | | |
| 121. POWERSHARES GLOBAL ETF FUND GLOBAL WATER PORTFOLIO | A | Dividend | J | T | | | | | |
| 122. VANGUARD ADMIRAL FDS INC S&P 500 GROWTH INDEX FD ETF | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 123. VANGUARD ADMIRAL FDS INC S&P 500 VALUE INDEX FD ETF SHS | A | Dividend | J | T | Buy (add'l) | 01/15/14 | J | | |
| 124. VANGUARD INDEX FUNDS SMALL-CAP VALUE ETF | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 125. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 126. VANGUARD SECTOR INDEX FUND VANGUARD TELECOMMUNICATION SERVICES ETF | A | Dividend | J | T | Buy (add'l) | 01/15/14 | J | | |
| 127. VANGUARD FTSE EMERGING MARKETS ETF FTSE EMERGING INDEX | A | Dividend | J | T | Buy (add'l) | 01/15/14 | J | | |
| 128. VANGUARD FTSE DEVELOPED MARKETS ETF | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 129. VANGUARD INTERMEDIATE TERM BOND ETF | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | * |
| 130. SPDR BARCLAYS INTERNATIONAL TREASURY BOND ETF | A | Dividend | J | T | Buy (add'l) | 01/15/14 | J | | * |
| 131. EATON VANCE EMERGING MKTS LOCAL FD CL I | A | Dividend | J | T | | | | | |
| 132. EATON VANCE INCOME FD BOSTON INC INSTL CL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 133. EATON VANCE MUT FUNDS TRUST FLTG RATE HIGH INCOME FD CL I | B | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 134. FRANKLIN INVS SECS TR REAL RETURN FD ADVISOR CL | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 135. FRANKLIN INVS SECS TR FLTG RATE DAILY ACCESS ADVISOR CL | B | Dividend | K | T | | | | | |
| 136. FIDELITY ADVISOR FLOATING RATE HIGH INCOME FD CL I | A | Dividend | | | Sold | 01/15/14 | K | A | |
| 137. HARTFORD MUTUAL FUND INC FLTG RATE HIGH INCOME FD CL I | B | Dividend | | | Sold (part) | 01/15/14 | J | A | |
| 138. | | | | | Sold (part) | 04/04/14 | J | A | |
| 139. | | | | | Sold | 11/04/14 | K | | |
| 140. ISHARES IBOXX $ HIGH YIELD CORPORATE BOND ETF | A | Dividend | J | T | | | | | |
| 141. POWERSHARES GLOBAL EXCHANGE TRADED FD TR EMERGING MARKETS SOVEREIGN | A | Dividend | J | T | Buy (add'l) | 01/15/14 | J | | |
| 142. ISHARES TIPS BOND ETF | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |
| 143. SPDR SERIES TRUST SPDR DB INTL GOVT INFLATION PROTECTED BOND ETF | A | Dividend | J | T | Buy (add'l) | 01/15/14 | J | | |
| 144. PIMCO ALL ASSET ALL AUTHORITY P | A | Int./Div. | K | T | Buy (add'l) | 01/15/14 | J | | |
| 145. SPDR INDEX SHS FDS DOW JONES GLOBAL REAL ESTATE ETF | A | Dividend | K | T | Buy (add'l) | 01/15/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII: Asterisk in Column D(5) denotes that reportable income also includes Distribution.

Part VII, line 8: Name correction (line 8 of 2013 report)

Part VII, line 21: Name correction (line 21 of 2013 report)

Part VII, line 57: Corporate exchange / no reportable transaction (line 49 of 2013 report)

Part VII, line 66: Name correction (line 57 of 2013 report)

Part VII, line 68: Name correction (line 59 of 2013 report)

Part VII, line 71: Name correction (line 62 of 2013 report)

Part VII, line 72: Name correction (line 63 of 2013 report)

Part VII, line 81: Consolidated entry (lines 73 and 74 of 2013 report)

Part VII, line 87: Name correction (line 80 of 2013 report)

Part VII, line 90: Name correction (line 81 of 2013 report)

Part VII, line 93: Name correction (line 84 of 2013 report)

Part VII, line 94: Name correction (line 85 of 2013 report)

Part VII, line 100: Name correction (line 91 of 2013 report)

Part VII, line 102: Name correction (line 93 of 2013 report)

Part VII, line 104: Name correction (line 95 of 2013 report)

Part VII, line 107: Name correction (line 98 of 2013 report)

Part VII, line 108: Name correction (line 99 of 2013 report)

Part VII, line 109: Consolidated entry (lines 100 and 101 of 2013 report)

Part VII, line 111: Name correction (line 103 of 2013 report)

Part VII, line 112: Consolidated entry (lines 104 and 105 of 2013 report)

Part VII, line 116: Name correction (line 116 of 2013 report)

Part VII, line 128: Name correction (line 162 of 2013 report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Karen E. Schreier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544